ORIGINAL

COUNTY OF

UNITED STATES DISTRICT COURT
DISTRICT: SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S): GABOR & GABOR PH: 516-248-2525
ADDRESS: 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 File No.:

INDEX # : 08-CV-1634
Date Filed: February 19, 2008

*VADIM M. SEALY*

Plaintiff(s)/Petitioner(s)

*vs*

*THE HERTZ CORPORATION*

Defendant(s)/Respondent(s)

STATE OF New Jersey, COUNTY OF Bergen SS.: **AFFIDAVIT OF SERVICE**

Ulamy Bayo, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 3-24-08 at 9:45PM,
at 225 BRAE BLVD, Park Ridge, NJ 07656, deponent served the within
Summons in a Civil Action and Complaint and Jury Demand

on: THE HERTZ CORPORATION, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to Brian Fields personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to ______ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
Address confirmed by ______

#5 MAIL COPY [ ] On ______, deponent completed service under the last two sections by depositing a copy of the ______ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ______.

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M Color of skin: W Color of hair: Black Age: 45 Height: 5'10"
Weight: 190 Other Features: ______

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC [ ] Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER ______

Sworn to before me on March 14, 2008

MONET ATHENA BELTON
Notary Public
ID # 2363457
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/20/2012

Please Print Name Below Signature

Invoice·Work Order # 0153325