UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
VADIM M. SEALY,

                 Plaintiff,

      - against -

THE HERTZ CORPORATION,

                 Defendant.
---------------------------------------------------------x

08-CV-1634 (GBD) (AJP)

**ECF CASE**

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties herein, that (1) defendant The Hertz Corporation's time to file its responsive pleading to plaintiff's Complaint and Jury Demand initially due on April 14, 2008 according to the Civil Docket Sheet in the captioned matter is extended through and including May 19, 2008; and (2) defendant will not assert any defense related to service of process.

      This is defendant's first request for adjournment of this deadline.

April 23, 2008

GABOR & GABOR

By: _____
David G. Gabor
400 Garden City Plaza
Suite 406
Garden City, New York 11530
(516) 248-2525
Attorneys for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth W. DiGia
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

      and

Frank B. Shuster, Esq.
Timothy R. Newton, Esq.
Constangy, Brooks & Smith, LLC
230 Peachtree Street, NW, Suite 2400
Atlanta, GA 30303
Attorneys for Defendant
Motion for Admission Pro Hac Vice to be filed

SO ORDERED:

_____
Honorable George B. Daniels
United States District Judge
April __, 2008

**HON. GEORGE B. DANIELS**