Kenneth W. DiGia
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
Tel. No. (212) 351-4500
Fax No. (212) 878-8610
Attorneys for Defendant


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VADIM M. SEALY,                     :
                    Plaintiff,      :
                                    :   08-CV-1634 (GBD) (AJP)
        - against -                 :
                                    :   **ECF CASE**
THE HERTZ CORPORATION,              :
                                    :   **THE HERTZ CORPORATION'S**
                                    :   **RULE 7.1 STATEMENT**
                    Defendant.      :
------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant The Hertz Corporation state that The Hertz Corporation is wholly owned by its parent corporation Hertz Investors, Inc.; that Hertz Investors, Inc. is wholly owned by its parent corporation Hertz Global Holdings, Inc.; and that Hertz Global Holdings,

Inc. is the only publicly held company that owns, either directly or indirectly, 10% or more of The Hertz Corporation.

May 19, 2008
New York, New York

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth W. DiGia
250 Park Avenue
New York, New York 10177-1211
Tel. No. (212) 351-4500
Fax No. (212) 878-8610
                and
Frank B. Shuster, Esq.
Timothy R. Newton, Esq.
Constangy, Brooks & Smith, LLC
230 Peachtree Street, NW, Suite 2400
Atlanta, GA 30303
Motion for Admission Pro Hac Vice to be filed

Attorneys for Defendant
The Hertz Corporation
