UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

VADIM M. SEALY,

                Plaintiff,

         – against –

THE HERTZ CORPORATION,

                Defendant.

------------------------------------- x

ECF CASE

08 CV 1634 (GBD) (AJP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 1 2008

      Upon the motion of Kenneth W. DiGia, attorney for Defendant, The Hertz Corporation and said sponsor attorney's affidavit in support:

    **IT IS HEREBY ORDERED** that

    Timothy Riker Newton, Esq.
    Constangy, Brooks & Smith, LLC
    230 Peachtree Street, NW, Suite 2400
    Atlanta, GA 30303
    Phone Number: (404) 525-8622
    Fax Number: (404) 525-6955
    tnewton@constangy.com

    – and –

    Frank B. Shuster, Esq.
    Constangy, Brooks & Smith, LLC
    230 Peachtree Street, NW, Suite 2400
    Atlanta, GA 30303
    Phone Number: (404) 525-8622
    Fax Number: (404) 525-6955
    fshuster@constangy.com

are admitted to practice pro hac vice as counsel for Defendant, The Hertz Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

NY:2577197v1

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

_June 10_, 2008
New York, New York

[JUN 1 1 2008]

*George B. Daniels*
HON. GEORGE B. DANIELS