```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   ECF CASE

VADIM M. SEALY,

                              Plaintiff,   :   08 CV 1634 (GBD) (AJP)

                                          :   CIVIL CASE MANAGEMENT
             – against –   :   PLAN AND SCHEDULING ORDER

THE HERTZ CORPORATION,

                            Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure

1. No additional parties may be joined after August 7, 2008.

2. No amendment to the pleadings will be permitted after August 7, 2008.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by November 7, 2008. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to be served by December 4, 2008. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion and the ready trial date in paragraph 8 shall be adjourned to a date five (5) weeks from the decision on the motion.

5. A final pretrial conference will be January 8, 2009 at 9:30 am.

6. The Joint Pretrial Order shall be filed on December 11, 2008. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice

8. The parties shall be ready for trial on 48 hours notice on or after January 15, 2009. The estimated trial time is 5 days, and this is a jury trial.

9. The Next Case Management Conference will be held at a date and time to be determined by the Court.

Dated: June 12, 2008
New York, New York

JUN 1 7 2008

SO ORDERED:

*George B Daniel*
GEORGE B. DANIELS
**HON. GEORGE B. DANIELS**
United States District Judge

_____
Attorney for Plaintiff Vadim Sealy

_____
Attorney for Defendant The Hertz Corporation